■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE WILLIAMS, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (b) (2) for writ of habeas corpus denied (*see, People ex rel. Douglas v Vincent*, 67 AD2d 587, *affd* 50 NY2d 901). Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.

(June 18, 1985)

■ In the Matter of the Application of PAUL T. DEVANE for Reinstatement as an Attorney. — Application for reinstatement granted and petitioner, Paul T. Devane, reinstated as an attorney and counselor-at-law, effective immediately. Order entered. — Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.